IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR325 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TAMMIE COVINGTON-WILLIAM, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the Court on Defendant's Motion to Seal (Filing No. 24) requesting the MOTION TO REVIEW DETENTION AND REQUEST FOR EVIDENTIARY HEARING AND REQUEST TO FILE UNDER SEAL be placed under seal.  The Court, being fully advised in the premises, finds that said Motion should be granted.

    IT IS THEREFORE ORDERED that the MOTION TO REVIEW DETENTION AND REQUEST FOR EVIDENTIARY HEARING AND REQUEST TO FILE UNDER SEAL shall be placed under seal.

    DATED this 12th day of December, 2006.

                                                            BY THE COURT:

                                                        s/ Thomas D. Thalken
                                                      United States Magistrate Judge