### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR325** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **TAMMIE L. COVINGTON-WILLIAM,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue the sentencing hearing (Filing No. 45).

The motion is denied, and the Court will discuss the issue of the November 2007 guideline amendments if raised by the parties in the context of a departure or deviation.

IT IS ORDERED that the Defendant's unopposed motion to continue the sentencing hearing (Filing No. 45) is denied.

DATED this 16th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge