AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR325 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 18088-047 |
| | ) | |
| TAMMIE L. COVINGTON-WILLIAM, | ) | |
| Defendant. | ) | |
| Date of previous judgment: August 15, 2007 | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon the Court's own motion under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u),

**IT IS ORDERED** that the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 92 months is reduced to 77 months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 25 | Amended Offense Level: 23 | |
| Criminal History Category: VI | Criminal History Category: VI | |
| Previous Guideline Range: 110 to 137 months | Amended Guideline Range: 92 to 115 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated August 15, 2007, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2011
Effective Date: December 14, 2011

s/Laurie Smith Camp
Chief United States District Judge